JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PERUMADURA DE SILVA, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>SELECT PORTFOLIO SERVICING, INC., and DOES 1 TO 100 Inclusive,<br><br>    Defendants. | Case No.: CV 16-6549-GW(AJWx)<br><br>Hon. George H. Wu<br>Ctrm 10<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>State Court Case No. BC629400<br>Action Filed:  August 03, 2016<br>Trial Date:      NA |

The Court having considered the *Stipulation for Dismissal With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* (the "<u>Stipulation</u>") entered into by and between *Plaintiff* PERUMADURA DE SILVA and *Defendant* SELECT PORTFOLIO SERVICING, INC., and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that this action is hereby dismissed *with prejudice*.

**IT IS FURTHER ORDERED** that all future hearing dates in this action are hereby vacated.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction for the purpose of enforcing the terms of the separate settlement agreement entered into between the Parties.

**IT IS SO ORDERED**.

Dated: October 24, 2016

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE